Christopher D. **GERMAN**, Respondent,

v.

**IOWA BEEF PRODUCERS,**
**Self–Insured/IBP, Inc.,**
**Respondents,**

Spomer Motors, Inc., and Virginia Surety Company, administered by Cambridge Integrated Services Group, Inc., Relators,

and

**Blue Cross/Blue Shield of Minnesota,**
**Intervenor.**

No. A03–770.

Supreme Court of Minnesota.

Sept. 24, 2003.

James S. Pikala, Arthur, Chapman, Kettering, Smetak & Pikala, P.A., Minneapolis, MN, for Relators'.

James R. Waldhauser, Vincent A. Petersen, Cousineau, McGuire & Anderson, Robert T. Brabbit, Brabbit & Salita, P.A., Minneapolis, MN, for Respondents'.

Thomas F. Gilde, Blue Cross & Blue Shield of MN, St. Paul, MN, for Intervenor's.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed May 28, 2003, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/Kathleen A. Blatz
Chief Justice